908 F.2d 961
 Carroll (Allen W., Jr.)
v.
City of Philadelphia, Hawrylak (Michael), Van (David),
O'Neill (Edward), Police Officer Mc Nichol, Twardy (George),
De Meo (Sal), Bureau of Driver Licensing, Pavelick (Thomas),
Doe (John, Jane), 1 to 20 Inclusive
 NOS. 89-1934, 90-1230, 90-1231, 90-1232
 United States Court of Appeals,
Third Circuit.
 JUN 29, 1990
 
 Appeal From: E.D.Pa.,
 Gawthrop, J.
 
 
 1
 AFFIRMED.